# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :  No. 213 WAL 2023

           Respondent                  :

                                         :  Petition for Allowance of Appeal

                                       :  from the Order of the Superior Court

          v.                      :

                                       :

AMIRAE JAMAL BENTON,            :

                                          :

           Petitioner                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.